## THOMAS v. THORWEGAN.

*(District Court, W. D. Tennessee. March 23, 1886.)*

ADMIRALTY PRACTICE—JURATORY CAUTION OR PAUPER'S OATH.
    Poor persons may sue in the admiralty, without giving security for the costs, on complying with the practice of the court for giving the juratory caution, which practice is explained.

In Admiralty.
*Gantt & Patterson,* for libelant.

HAMMOND, J. This is an application to sue for personal injuries upon taking the pauper's oath. So far as it is a libel *in rem* against the steam-boat, the pleading must be reformed, as there can be no joinder of actions *in personam* and *in rem* in cases like this. Admiralty Rule 16. Otherwise the proceeding seems to be correct, and conforms to the practice and forms prescribed by this court for allowing poor persons to sue in the admiralty without security for costs. *Southworth* v. *Adams,* 2 Flippin, 282, *in notis; Bradford* v. *Bradford,* 2 Flippin, 282. The clerk will file the libel and issue process on the libelant taking the required oath as was done in that case. So ordered.